

2017 JAN 19 PM 3: 13

ORIGINAL

EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
KENT A. KAWAKAMI
Assistant United States Attorney
California State Bar No. 149803
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-4858
    Fax: (213) 894-7819
    Email: kent.kawakami@usdoj.gov
MICHAEL D. GRANSTON
MICHAL TINGLE
ALAN S. GALE
Attorneys
    United States Department of Justice
    P.O. Box 261, Ben Franklin Station
    Washington, DC 20044
    Tel: (202) 307-6296   Fax: (202) 616-4286
    Email: alan.gale@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* [UNDER SEAL],<br><br>    Plaintiff[s],<br><br>    v.<br><br>[UNDER SEAL],<br><br>    Defendant[s]. | No. CV 14-08755 SVW(FFMx)<br><br>RELATOR'S REQUEST FOR DISMISSAL OF ACTION; UNITED STATES OF AMERICA'S CONSENT<br><br>[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]<br><br>[LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER TO DISMISS ACTION] |

1

EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
KENT A. KAWAKAMI
Assistant United States Attorney
California State Bar No. 149803
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-4858
    Fax: (213) 894-7819
    Email: kent.kawakami@usdoj.gov
MICHAEL D. GRANSTON
MICHAL TINGLE
ALAN S. GALE
Attorneys
    United States Department of Justice
    P.O. Box 261, Ben Franklin Station
    Washington, DC 20044
    Tel: (202) 307-6296   Fax: (202) 616-4286
    Email: alan.gale@usdoj.gov

Attorneys for the United States of America

2017 JAN 19 PM 3:13

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* [UNDER SEAL],<br><br>    Plaintiff[s],<br><br>v.<br><br>[UNDER SEAL],<br><br>    Defendant[s]. | No. CV 14-08755 SVW(FFMx)<br><br>RELATOR'S REQUEST FOR DISMISSAL OF ACTION; UNITED STATES OF AMERICA'S CONSENT<br><br>[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]<br><br>[LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER TO DISMISS ACTION] |

1

1  EILEEN M. DECKER
   United States Attorney
2  DOROTHY A. SCHOUTEN
   Assistant United States Attorney
3  Chief, Civil Division
   DAVID K. BARRETT
4  Assistant United States Attorney
   Chief, Civil Fraud Section
5  KENT A. KAWAKAMI
   Assistant United States Attorney
6  California State Bar No. 149803
         Room 7516, Federal Building
7        300 N. Los Angeles Street
         Los Angeles, California 90012
8        Tel: (213) 894-4858
         Fax: (213) 894-7819
9        Email: kent.kawakami@usdoj.gov
   MICHAEL D. GRANSTON
10 MICHAL TINGLE
   ALAN S. GALE
11 Attorneys
         United States Department of Justice
12       P.O. Box 261, Ben Franklin Station
         Washington, DC 20044
13       Tel: (202) 307-6296   Fax: (202) 616-4286
         Email: alan.gale@usdoj.gov
14
   Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. PETER MATTHEWS,<br><br>Plaintiff,<br><br>v.<br><br>NORTHROP GRUMMAN CORPORATION,<br><br>Defendant. | No. CV 14-08755 SVW(FFMx)<br><br>RELATOR'S REQUEST FOR DISMISSAL OF ACTION; UNITED STATES OF AMERICA'S CONSENT<br><br>[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]<br><br>[LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER TO DISMISS ACTION] |

## REQUEST FOR DISMISSAL BY RELATOR

Pursuant to Fed. R. Civ. P. 41(a)(2), *qui tam* plaintiff Peter Matthews (the "Relator") hereby requests that the Court dismiss, without prejudice, the above-captioned action ("this action"), and all of his claims against the defendant in this action, including but not limited to, his claims for reasonable attorney's fees, expenses and costs pursuant to the False Claims Act, 31 U.S.C. § 3730(d).

Dated: January __, 2017

Respectfully submitted,

PHILLIPS & COHEN LLP

_____
CLAIRE SYLVIA
Attorneys for Relator

3

## CONSENT OF THE UNITED STATES OF AMERICA

In the interests of justice, the Attorney General of the United States of America ("United States"), through the undersigned attorneys, hereby consent to the dismissal of this action without prejudice as to the United States.

Respectfully submitted,

Dated: January 18, 2017

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General, Civil Division
EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN, AUSA
Chief, Civil Division
DAVID K. BARRETT, AUSA
Chief, Civil Fraud Section
MICHAEL D. GRANSTON
MICHAL TINGLE
ALAN S. GALE
Attorneys, Civil Division
United States Department of Justice

*Kent Kawakami*
KENT A. KAWAKAMI
Assistant United States Attorney

Attorneys for the
United States of America

4

## PROOF OF SERVICE BY E-MAIL

I am over the age of 18 and not a party to the above-captioned action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On January xx, 2017, I served the [PROPOSED] ORDER TO DISMISS ACTION on each person or entity named below by e-mail, pursuant to the stipulation between the Relator and the United States of America, pursuant to Federal Rule of Civil Procedure 5(b)(2)(E).

Date of e-mailing: January xx, 2017. Place of e-mailing: Los Angeles, California.

Person(s) and/or Entity(s) to whom e-mailed:

CLAIRE SYLVIA
(csylvia@phillipsandcohen.com)
EDWARD ARENS
(earens@phillipsandcohen.com)
PHILLIPS & COHEN LLP
Attorneys for Relator Peter Matthews

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January xx, 2017, at Los Angeles, California.

_____
ROZ DAVIS